ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUNTRICIA BASTIAN, | CASE NO. 2:20-CV-01739-JCM-BNW |
| Plaintiff, | **STIPULATION TO SUBSTITUTE ATTORNEYS** |
| vs. | |
| C. R. BARD INC.; and BARD PERIPHERAL VASCULAR INC., | |
| Defendants. | |

Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. hereby substitute Greenberg Traurig, LLP as counsel of record in this action in place and stead of Nelson Mullins Riley & Scarborough, LLP.

Copies of all future pleadings, orders, notices, records, correspondence should be served upon Eric W. Swanis, Esq. of the law firm of Greenberg Traurig LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135, (702) 792-3773.

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 1st day of October 2020.

| **C. R. BARD, INC.** | **BARD PERIPHERAL VASCULAR, INC.** |
|---|---|
| Defendant | Defendant |
| By: /s/ Greg A. Dadika | By: /s/ Greg A. Dadika |
| Its: Sr. Vice President, Chief Litigation Counsel | Its: Sr. Vice President, Chief Litigation Counsel |

1

ACTIVE 52825298v1

The following hereby consent to the above and foregoing substitution of counsel.

DATED this 1st day of October 2020.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Richard B. North, Jr.*
RICHARD B. NORTH, JR., ESQ.
Atlantic Station
201 17th Street, Floor 17
Atlanta, GA 30363
Telephone: (404) 322-6000

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 1st day of October 2020.

**GREENBERG TRAURIG, LLP**

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
*Counsel for Defendants*

**Please check one:** ☒ Retained, or ☐ Appointed by the Court.

**IT IS SO ORDERED.**

DATED: October 6, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

ACTIVE 52825298v1