ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive,
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUNTRICIA BASTIAN,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-01739-JCM-BNW<br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*ACTIVE 53872131v2*

This dismissal does not toll or extend any applicable statute of limitations.

**IT IS SO STIPULATED.**

DATED this 19th day of November 2020.

| MARTIN BAUGHMAN, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| */s/ Ben C. Martin* | */s/ Eric W. Swanis* |
| BEN C. MARTIN, ESQ. | ERIC W. SWANIS, ESQ. |
| bmartin@martinbaughman.com | Nevada Bar No. 6840 |
| 3710 Rawlins Street, Suite 1230 | swanise@gtlaw.com |
| Dallas, TX 75219 | 10845 Griffith Peak Drive |
| Telephone:  (214) 761-6614 | Suite 600 |
| Facsimile:   (214) 744-7590 | Las Vegas, Nevada 89135 |
| | Telephone: (702) 792-3773 |
| *Counsel for Plaintiff Buntricia Bastian* | Facsimile: (702) 792-9002 |
| | *Counsel for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**IT IS SO ORDERED.**

Dated November 30, 2020.

_____

UNITED STATES DISTRICT JUDGE

*ACTIVE 53872131v2*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on **November 19, 2020**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/  Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP

*ACTIVE 53872131v2*